# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTEN ERLEI, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-00001-MCE-DMC<br><br>*Assigned to the Hon. Morrison C. England. Jr.*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 15, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL